

# Fourth Court of Appeals

## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-12-00427-CR

Tom Rosales **HERNANDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR0414W
The Honorable Angus McGinty, Judge Presiding

Opinion by:    Karen Angelini, Justice

Sitting:    Karen Angelini, Justice
Sandee Bryan Marion, Justice
Patricia O. Alvarez, Justice

Delivered and Filed:  March 6, 2013

AFFIRMED, MOTION TO WITHDRAW GRANTED

After appellant Tom Rosales Hernandez pled true to violating a condition of his community supervision, the trial court revoked his community supervision and sentenced him to six months in prison. Hernandez filed a notice of appeal.

Hernandez's court-appointed appellate counsel has filed a motion to withdraw and a brief in which he concludes that this appeal is frivolous and without merit. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). Counsel states Hernandez was provided with a copy of the motion to withdraw and the brief, and was informed

of his right to review the record and file his own brief. *See Bruns v. State*, 924 S.W.2d 176, 177 n. 1 (Tex. App.—San Antonio 1996, no pet.). Hernandez did not file a pro se brief. We have reviewed the record and counsel's brief. We agree with counsel that this appeal is frivolous and without merit. The judgment of the trial court is affirmed, and the motion to withdraw is granted. *See Nichols v. State*, 954 S.W.2d 83, 85–86 (Tex. App.—San Antonio 1997, no pet.); *id.*

No substitute counsel will be appointed. Should Hernandez wish to seek further review of this case by the Texas Court of Criminal Appeals, he must either retain an attorney to file a petition for discretionary review or file a pro se petition for discretionary review. Any petition for discretionary review must be filed within thirty days from the later of (1) the date of this opinion; or (2) the date the last timely motion for rehearing is overruled by this court. *See* TEX. R. APP. P. 68.2. Any petition for discretionary review must be filed in the Texas Court of Criminal Appeals. *See* TEX. R. APP. P. 68.3. Any petition for discretionary review should comply with the requirements of Rule 68.4 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 68.4.

Karen Angelini, Justice

Do not publish